**RICHARD D. WILLIAMS (SBN 58640)**
rwilliams@lyttonwilliams.com
**MINA HAKAKIAN (SBN 237666)**
mhakakian@lyttonwilliams.com
**LYTTON & WILLIAMS LLP**
1539 Westwood Blvd., Suite 200
Los Angeles, California 90024
Tel.: (310) 982-2733; Fax: (310) 277-5952

Attorneys for Plaintiff,
**ADEL F. SAMAAN, M.D.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **ADEL F. SAMAAN, M.D.**, an individual<br><br>Plaintiff<br><br>vs.<br><br>**CONNECTICUT GENERAL LIFE INSURANCE COMPANY**, a health benefits corporation; **CIGNA HEALTH AND LIFE INSURANCE COMPANY**, a health benefits corporation; and **Does 1 through 100**;<br><br>Defendants | **Case No.** 2:17-cv-01723 DSF (AGRx)<br>*Honorable Dale S. Fischer and Honorable Alicia G. Rosenberg, Magistrate Judge*<br><br>**OBJECTIONS OF PLAINTIFF DR. ADEL F. SAMAAN TO DECLARATIONS OF WENDY GOMPPER AND EMILY RUSSELL SUBMITTED BY CIGNA DEFENDANTS IN SUPPORT OF MOTION**<br><br>[Filed Concurrently with Memorandum of Points and Authorities in Support of Opposition to Cigna Defendants' Motion For Summary Judgment or Partial Summary Judgment; Separate Statement of Controverted And Uncontroverted Facts and Conclusions of Law; Declarations of Plaintiff, Dr. Adel F. Samaan and Richard D. Williams in Support of Opposition to Cigna Defendants' Motion; Dr. Adel F. Samaan's Compendium of Evidence Submitted in Support of Opposition to Cigna Defendants' Motion]<br><br>**Hearing Date:** November 26, 2018<br>**Time:** 1:30 p.m.<br>**Place:** 7D<br><br>Complaint Filed: March 3, 2017 |

1

**OBJECTIONS OF PLAINTIFF DR. ADEL F. SAMAAN TO DECLARATIONS OF WENDY GOMPPER AND EMILY RUSSELL SUBMITTED BY CIGNA DEFENDANTS IN SUPPORT OF MOTION**

## I. OBJECTIONS OF PLAINTIFF, DR. ADEL F. SAMAAN TO DECLARATIONS OF WENDY GOMPPER AND EMILY RUSSELL

A. Objections to Wendy Gompper declaration par. 4-19, page 2 ln. 25 to p. 5 ln. 21:

(1) This declaration language constitutes an after-the-fact assertion by the witness of claim handling determination evidence which was not transmitted to Dr. Samaan during the course of the adminstrative claim review process. Such evidence is barred by *Spinedex Physical Therapy USA Inc. v. United Healthcare of Arizona, Inc.,* 770 F.3d 1282 (9th Cir. 2014) and *Harlick v. Blue Shield of California,* 686 F. 3d 699, 719-720 (9th Cir. 2012)

Objection: (2) No personal knowledge; the witness is merely interpreting Cigna file documents and is not identified as a percipient witness involved in the claim review process.

B. Objections to Emily Russell declaration par 35-91, page 8 ln. 4 to p. 19 ln. 6:

(1) This declaration language constitutes an after-the-fact assertion by the witness of claim handling determination evidence which was not transmitted to Dr. Samaan during the course of the administrative claim review process. Such evidence is barred by *Spinedex Physical Therapy USA Inc. v. United Healthcare of Arizona, Inc.,* 770 F.3d 1282 (9th Cir. 2014) and *Harlick v. Blue Shield of California,* 686 F. 3d 699, 719-720 (9th Cir. 2012)

Objection: (2) No personal knowledge; the witness is merely interpreting Cigna file documents and is not identified as a percipient witness involved in the claim review process.

**Dated:** November 5, 2018        Respectfully submitted,

                                      **LYTTON & WILLIAMS LLP**

                                      By:   /s/ Richard D. Williams
                                              Richard D. Williams,
                                              Attorneys for Plaintiff, Adel F. Samaan, M.D.